KRAEMER v. ROSASCO et al. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Maria Kraemer against Virginia Rosasco and others. PER CURIAM. Order of the County Court

of Kings county affirmed, with $10 costs and disbursements.

MILLER, J., dissents.